UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ROBERT MCLHINNEY** and **SHERRY MCLHINNEY**, <br><br> Plaintiffs, <br><br> vs. <br><br> **GC SERVICES, LIMITED PARTNERSHIP,** and **DOES 1 to 10, inclusive,** <br><br> Defendants. | Case No.: 13-cv-01691-WDQ |

**STIPULATION AND [PROPOSED]ORDER OF DISMISSAL WITH PREJUDICE BETWEENPLAINTIFFS AND DEFENDANTS**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs ROBERT MCLHINNEY and SHERRY MCLHINNEY hereby voluntarily dismisses their claims against Defendants GC SERVICES LIMITED PARTNERSHIP; and DOES 1 to 10, inclusive. Plaintiffs ROBERT MCLHINNEY and SHERRY MCLHINNEY by counsel, and Defendant, GC SERVICES LIMITED PARTNERSHIP, by counsel, hereby stipulate and agree that all of Plaintiffs' claims against GC SERVICES LIMITED PARTNERSHIP should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED,

Date: September 24, 2013    By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.
(SBN 218456)
PRICE LAW GROUP, APC
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

*Attorney for Plaintiffs*

Date: September 24, 2013    By: /s/ Birgit Dachtera Stuart
 Birgit Dachtera Stuart, Esq.
(Bar No. 17420)
200 A Monroe Street, Suite 104
Rockville, Maryland 20850
Phone: (301) 424-7490
Fax: (301) 424-7470
E-Mail: bstuart@roncanterllc.com

*Attorney for Defendant GC Services, Limited Partnership*