UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ROBERT MCLHINNEY** and
**SHERRY MCLHINNEY**,

    Plaintiffs,

vs.

**GC SERVICES, LIMITED PARTNERSHIP,** and **DOES 1 to 10,** inclusive,

    Defendants.

Case No.: 13-cv-01691-WDQ

**ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANTS**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiffs ROBERT MCLHINNEY and SHERRY MCLHINNEY against Defendants, GC SERVICES, LIMITED PARTNERSHIP; and DOES 1 through 10, inclusive are dismissed, with prejudice. Plaintiffs ROBERT MCLHINNEY and SHERRY MCLHINNEY and Defendant GC SERVICES, LIMITED PARTNERSHIP shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: 9/24/13

_____
District Court Judge
For the District of Maryland